**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DANIEL SCHWARTZ,

          Petitioner

          v.

PENNSYLVANIA STATE POLICE,

          Respondent

: No. 416 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.